**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:25-cv-60247-LEIBOWITZ**

**ARTEM KOVBASIUK,**

*Plaintiff,*

*v.*

**VARSENIK PAPAZIAN et al.,**

*Defendants.*

______________________________/

# ORDER DISMISSING PETITION

**THIS CAUSE** is before the Court upon Defendants' Motion to Dismiss Plaintiff's Petition of Mandamus [ECF No. 10] (the "Motion"), filed on May 16, 2025. In the Motion, Defendants seek dismissal for lack of personal jurisdiction due to Plaintiff's failure to effectuate service of process on Defendants, and on mootness grounds. [*Id.* at 2–5]. On June 2, 2025, the Court ordered Plaintiff to respond to Defendants' Motion or show cause in writing **no later than June 30, 2025**, as to why the Motion should not be granted by default in light of Plaintiff's failure to respond. [ECF No. 12]. In that Order, the Court cautioned Plaintiff that the Motion may be granted by default under S.D. Fla. Loc. 7.1(c) if Plaintiff did not respond as required by the Local Rules. [ECF No. 12 at 1]. The June 30, 2025, deadline has passed, and Plaintiff has not complied with the Court's directive. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 10**] is **GRANTED**.
2. This case is DISMISSED WITHOUT PREJUDICE.
3. Pending motions, if any, are DENIED AS MOOT.
4. ***The Clerk*** is DIRECTED to CLOSE this case.

**DONE AND ORDERED** in the Southern District of Florida on July 16, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Artem K Kovbasiuk, *pro se*
5379 Lyons Rd
APT 955
Coconut Creek, FL 33073